# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:03-CR-00495-PMP-RJJ |
| Plaintiff, | **ORDER** |
| vs. | |
| FREDERICK ANDREW JONES, | |
| Defendant. | |

On March 14, 2013, the Court received the attached, and undated, letter from Defendant Fred Jones. It does not appear that Defendant Jones is requesting specific relief from the Court at this time, but he does bring to the Court's attention circumstances suggesting he believes his life is in danger. Accordingly,

**IT IS ORDERED** that the Clerk of Court shall forthwith provide copies of this letter to all counsel of record, as well as the Office of the United States Marshal and United States Probation for such action as they deem appropriate.

Dated: March 18, 2013.

PHILIP M. PRO
United States District Judge

Your Honor

I came before you for a probation violation on case no. 2:03-CR-495-PMP-RJT on 1-8-2013 you sentenced me to 14 months however thats not the reason im writing to you im writing because i have an issue that i need to discuss and being in your courtroom that day it wasnt the time to do it but now is the time before i get out again Your Honor i have a situation where someone has put a hit out on me through the BOP system your honor the prison system is one big network no offense sir but im sure you know how prison works if someone wants you touched then its gonna happen not to mention sir their using the BOP web- site so now im sitting in protective custody here at USP Atwater because as soon as i hit the yard i already knew what was going on i told them i didnt want to hit the yard but they made me so i had to what we call check in sir while i was at CCA Pahrump word came down there but the guy who received the kite was afraid to act on it because he only had 10 months your honor it may sound out of this world but what im telling you is true when i was released from here September 28, 12 on my way to Buffalo, NY i was followed on the greyhound sir these people here on the bus outright flat out saying what they were gonna do to me as far as shooting me and leaving me in the street and throwing my back pack in the trash. your honor i was forced to get off the bus at 3:00 am in the morning in the middle of nowhere then i finally made to the greyhound in Chicago things got worse due to the fact that i wasnt getting back on a bus i contacted the US Marshals office in Chicago sir these people followed me around the city of Chicago for two nights i roamed the streets of Chicago for 2 nights finally went back to the marshalls office i had already

1

been in contact with them. An assistant by the name of Jeff all I can remember is his first name very very good man he fed me gave me a change of clothes he stayed by my side for a long time even gave me money of of his own pocket ill never forget that guy your honor I even asked him to test my urine my blood and any other test he could give to let them know I wasnt high all & all he knew I wasnt getting back on that bus so he ended up getting me a ticket on the Amtrak the rest of the way to Buffalo, your honor the reason im letting you know this is when you sentenced me you gave me that up to six months in the halfway house sir if I go to this halfway house im a sitting duck a dead man ive sent a copy of my lockup order to my public defender Mr. Jason Carr asking him to put a motion in front of you to modify my sentence lifting that halfway house because ill be staying with my younger sister when I get out and I will also be contacting my probation officer asking that he get me out of there asap my home confinement date is in October before I even get out so he should be able to do it. your honor please dont take this as a joke or a game my life on the line here and if I go to the halfway house its over so please take me very serious thanks for your time

Fred Jones 38558-048 #

UNITED STATES PENITENTIARY / ATWATER
P.O. Box 019001
Atwater, CA
95301

SACRAMENTO CA 957
11 MAR 2013 PM 3 L

To THE
HONORABLE JUDGE PHiliP PRO
Foley Federal Building, CourtRoom 7C
333 305 Las Vegas Boulevard South
Las Vegas, NV
89101